

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOY DOREEN WATSON,<br><br>Defendant. | Case No.  CR 22-00056-FLA<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On October 29, 2024, Defendant Joy Doreen Watson (who requested to be addressed by her married name, Joy Doreen Bryant), made her initial appearance on the petition for revocation of supervised release and warrant for arrest issued on October 21, 2024. Deputy Federal Public Defender Shannon Coit was appointed to represent Defendant.  The government was represented by Assistant U.S. Attorney William Larsen.  A Detention Hearing was held.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

　　☒ the petition alleges that Defendant committed various felony offenses (including forgery, identity theft, and retail theft) in Utah and an offense involving a victim in Pennsylvania and did not have permission to travel to Utah at the time the offenses were committed. The Petition alleges that Defendant used other names in an effort to obfuscate her identity, was in possession of identification in another name (not her married name) and provided false information regarding her identity to law enforcement.

　　☒ poor history of compliance while on supervised release.

　　☒ outstanding warrants from Utah and Pennsylvania.

B. ☒ Defendant has not carried her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

　　☒ allegations in the petition (see above);
　　☒ criminal history.

III

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: October 29, 2024

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　ALKA SAGAR
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE